

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENEE LEVINE AND**<br>**MICHAEL L. BROWN**<br><br>**VERSUS**<br><br>**STATE FARM MUTUAL AUTOMOBILE**<br>**INSURANCE COMPANY, ALLSTATE**<br>**INSURANCE COMPANY AND**<br>**SLATER W. SWARTWOOD** | CIVIL ACTION<br><br>NO.: 00-0422<br><br>SECTION: "G"<br><br>MAGISTRATE: 1 |

### MOTION TO BE RECOGNIZED AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Paul Brian Spurlock, and moves this Court to allow Joseph E. Windmeyer to be additional counsel and designated as trial counsel of record in the above referenced matter on behalf of plaintiffs, Renee Levine and Michael L. Brown.

Respectfully submitted:

_____
Paul Brian Spurlock
320 N. Carrollton Ave.,
Suite 2D
New Orleans, LA  70119
(504) 822-2224
Bar No. 12354

_____
Joseph E. Windmeyer
2313 N. Hullen St.
Metairie, LA  70001
(504) 833-0782
Bar No.  13595

DATE OF ENTRY

APR  6 2000

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.
   New Orleans, Louisiana, this 30th day of March, 2000.

_____
PAUL BRIAN SPURLOCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENEE LEVINE AND<br>MICHAEL L. BROWN | CIVIL ACTION |
| VERSUS | NO.: 00-0422 |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, ALLSTATE<br>INSURANCE COMPANY AND<br>SLATER W. SWARTWOOD | SECTION: "G"<br><br>MAGISTRATE: 1 |

### O R D E R

Considering the foregoing motion:

IT IS ORDERED, ADJUDGED AND DECREED, that Joseph E. Windmeyer be added as additional counsel and designated as trial counsel of record in the above referenced matter on behalf of plaintiffs, Renee Levine and Michael L. Brown.

New Orleans, Louisiana, this 5th day of April, 2000.

_____
J U D G E