

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RENEE LEVINE AND                          CIVIL ACTION
MICHAEL L. BROWN                          NO. 00-0422

VERSUS

STATE FARM MUTUAL AUTOMOBILE              SECTION: G
INSURANCE COMPANY, ALLSTATE               MAGISTRATE: 1
INSURANCE COMPANY AND
SLATER W. SWARTWOOD

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant Allstate Insurance

Company, who desires to substitute Steven M. Lozes as their attorney of record, in place of Thomas

H. Barnett, and that Thomas H. Barnett be allowed to withdraw as counsel of record for Allstate;

IT IS ORDERED that Steven M. Lozes be substituted as counsel of record for defendant

Allstate Insurance Company, in place of Thomas H. Barnett, and that Thomas H. Barnett be allowed

to withdraw as counsel of record, and his name removed from the records of this matter, as counsel

of record for said defendant.

1

DATE OF ENTRY

MAY   2 2000

New Orleans, Louisiana this _____ day of _____, 2000.

_____
DISTRICT JUDGE

Respectfully submitted,

LOZES & CAMBRE

_____
STEVEN M. LOZES (LSBA #8922)
1010 Common Street, Suite 1700
New Orleans, LA 70112
Telephone: (504) 581-4455

LAW OFFICES OF RICHARD E. BRISTON, JR.

_____
THOMAS H. BARNETT (#23637)
Poydras Center - Suite 1950
650 Poydras Street
New Orelans, LA 70120
Telephone: (504) 566-0380

## C E R T I F I C A T E

I hereby certify that copies of the foregoing have been forwarded to all counsel of record herein, by depositing same in the U. S. Mail, postage prepaid and properly addressed this _____ day of April, 2000.

_____
STEVEN M. LOZES

2