FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -5 P 3: 51

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SEAR, J.
MAY 5, 2000

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENE LEVINE                                                CIVIL ACTION

VERSUS                                                     NO. 00-422

STATE FARM MUTUAL AUTOMOBILE INS. CO.                      SECTION "G"

Service has not been made upon the following defendant(s):

**Allstate Ins. Co.**
**Slater W. Swartwood**

Fed. R. Civ. P. 4(m) provides:

    If service of the summons and complaint is not made upon
a defendant within 120 days after the filing of the complaint,
the Court, upon motion or on its own initiative after notice
to the plaintiff, shall dismiss the action without prejudice
as to that defendant or direct that service be effected within
a specified time; provided that if the plaintiff shows good
cause for the failure, the Court shall extend time for service
for an appropriate period.

Accordingly, unless service is made on the named defendant

within 20 days of this date or unless within that time you show

good cause **in writing** for having failed to do so, plaintiff's

claims against the named defendant will be dismissed without

further notice.

DATE OF ENTRY

MAY 8 - 2000

_____
                            MOREY L. SEAR
                  UNITED STATES DISTRICT JUDGE