

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENEE LEVINE AND**<br>**MICHAEL L. BROWN** | CIVIL ACTION |
| **VERSUS** | NO.: 00-0422 |
| **STATE FARM MUTUAL AUTOMOBILE**<br>**INSURANCE COMPANY, ALLSTATE**<br>**INSURANCE COMPANY AND**<br>**SLATER W. SWARTWOOD** | SECTION: "G"<br>MAGISTRATE: 1 |

### MOTION AND MEMORANDUM TO EXTEND DEADLINE FOR SERVICE OF DEFENDANT

NOW INTO COURT through undersigned counsel, come plaintiffs, Rene Levine and Michael L. Brown, and move this Honorable Court to extend the deadline for service of defendant, Slater W. Swartwood, for a period of ten (10) days. Service has this day been attempted by certified mail but the return receipt will not be received for several days. Counsel for plaintiffs was out of the state and service by certified mail did not leave his office as instructed but has this date been mailed to defendant, Slater W. Swartwood.

Counsel for defendants, State Farm Mutual Automobile Insurance Company and Allstate Insurance Company have no objection to this extension.

DATE OF ENTRY
JUN - 1 2000

Respectfully submitted,

_____
JOSEPH E. WINDMEYER
2313 N. Hullen Street
Metairie, LA 70001
(504) 833-0782
LA Bar Assoc. No. 13595


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

Metairie, Louisiana, this 30th day of May, 2000.

_____
JOSEPH E. WINDMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENEE LEVINE AND**<br>**MICHAEL L. BROWN**<br><br>**VERSUS**<br><br>**STATE FARM MUTUAL AUTOMOBILE**<br>**INSURANCE COMPANY, ALLSTATE**<br>**INSURANCE COMPANY AND**<br>**SLATER W. SWARTWOOD** | CIVIL ACTION<br><br>NO.: 00-0422<br><br>SECTION: "G"<br><br>MAGISTRATE: 1 |

### O R D E R

Considering the foregoing motion:

IT IS ORDERED, ADJUDGED AND DECREED, that the deadline for service of defendant, Slater W. Swartwood, be extended for an additional ten (10) days or until June 7, 2000.

New Orleans, Louisiana this 31st day of May, 2000.

_____
JUDGE