FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 28 P 1: 48

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SEAR, JUDGE
JULY 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENEE LEVINE                                                CIVIL ACTION

VERSUS                                                      NO. 00-422

STATE FARM MUTUAL AUTOMOBILE INS. CO.                       SECTION "G"

O R D E R

More than 120 days have elapsed since the filing of the complaint in this action and counsel for plaintiff has failed to show good cause why service of process has not been effected upon the defendant Slater Swartwood in accordance with the Court's Order entered May 8, 2000. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of plaintiff against defendant Slater W. Swartwood are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. See Redding v. Essex Crane Rental Corp. of Alabama, 752 F.2nd 1077 (5th. Cir. 1985).

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 28 2000