

SEP 1 8 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENEE LEVINE AND                                CIVIL ACTION
MICHAEL L. BROWN

VERSUS                                          NO. 00-0422

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ALLSTATE                     SECTION "G", MAG. 1
INSURANCE COMPANY AND
SLATER W. SWARTWOOD

## MOTION FOR PARTIAL DISMISSAL

ON MOTION of plaintiffs, Renee Levine and Michael L. Brown, herein appearing through

undersigned counsel of record, who on suggesting to this Honorable Court that they do not wish to

pursue their claims against Allstate Insurance Company, respectfully request that Allstate Insurance

Company be dismissed, with full prejudice as to all of plaintiffs' rights herein against Allstate

Insurance Company, each party to bear its own costs, and reserving plaintiffs' claims against all other

parties herein, including State Farm Mutual Automobile Insurance Company and Slater W.

Swartwood.

DATE OF ENTRY
SEP 2 0 2000                    1

Respectfully submitted,

JOSEPH E. WINDMEYER (#13595)
2313 N. Hullen Street
Metairie, Louisiana 70001
Telephone: 504/833-0782


## C E R T I F I C A T E

I hereby certify that copies of the foregoing have been forwarded to all counsel of record herein, by depositing same in the U S. Mail, postage prepaid and properly addressed, this 12th day of _____, 2000.

JOSEPH E. WINDMEYER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENEE LEVINE AND                                  CIVIL ACTION
MICHAEL L. BROWN

VERSUS                                            NO. 00-0422

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ALLSTATE               SECTION "G", MAG. 1
INSURANCE COMPANY AND
SLATER W. SWARTWOOD

O R D E R

Considering the foregoing Motion for Partial Dismissal;

IT IS HEREBY ORDERED that defendant Allstate Insurance Company be and it hereby is

dismissed from this lawsuit, with full prejudice, each party to bear its own costs.

IT IS FURTHER ORDERED that all of plaintiff's remaining claims herein against all other

parties, including State Farm Mutual Automobile Insurance Company and Slater W. Swartwood, are

hereby reserved.

NEW ORLEANS, LOUISIANA, this _19th_ day of _September_, 2000.

_____
UNITED STATES DISTRICT JUDGE