

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENEE LEVINE AND** | **CIVIL ACTION** |
| **MICHAEL L. BROWN** | |
| | **NO.: 00-0422** |
| **VERSUS** | |
| | **SECTION: "G"** |
| **STATE FARM MUTUAL AUTOMOBILE** | |
| **INSURANCE COMPANY, ALLSTATE** | **MAGISTRATE: 1** |
| **INSURANCE COMPANY AND** | |
| **SLATER W. SWARTWOOD** | |

### MOTION AND ORDER TO REMAND TO STATE COURT

NOW INTO COURT, through undersigned counsel, come plaintiffs Renee Levine and Michael L Brown, who on suggesting to this Honorable Court that they wish to have this case remanded to the State Court from which it was removed, as plaintiffs hereby stipulate that the amount in controversy is less than $75,000.00 and that therefore this matter does not meet the jurisdictional requirement under the U. S. Code for Civil Action. Therefore, this action should be remanded to the Louisiana State Court, Civil District Court for the Parish of Orleans, No. 00-320, Division N.





Respectfully submitted,

_____
JOSEPH E. WINDMEYER
2313 N. Hullen Street
Metairie, LA  70001
(504) 833-0782
LA Bar Assoc. No. 13595


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.
   Metairie, Louisiana, this 21st day of Sept, 2000

_____
JOSEPH E. WINDMEYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENEE LEVINE AND<br>MICHAEL L. BROWN<br><br>VERSUS<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, ALLSTATE<br>INSURANCE COMPANY AND<br>SLATER W. SWARTWOOD | CIVIL ACTION<br><br>NO.: 00-0422<br><br>SECTION: "G"<br><br>MAGISTRATE: 1 |

### O R D E R

Considering the aforegoing Motion for remand to State Court,

IT IS HEREBY ORDERED that this matter be remanded to the Civil District Court for the Parish of Orleans, No. 00-320, Division N.

_____
JUDGE